IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-5038-01-CR-SW-GAF |
| | ) | |
| TIMOTHY C. STRINGER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence (Doc. #23-1). Defendant seeks to suppress all evidence seized s a result of a traffic stop by the Missouri State Highway Patrol on June 14, 2010, as well as any derivative evidence seized pursuant to a search warrant executed at his residence on June 15, 2010, as well as any custodial statements made after his arrest on June 14, 2010.

United States Magistrate Judge James C. England conducted an evidentiary hearing on June 8, 2011, and issued his Report and Recommendation (Doc. #34) on July 20, 2011. Defendant filed his Exceptions to the Report and Recommendation (Doc. #39) on August 29, 2011.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate James C. England.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. #23-1) is OVERRULED and DENIED.

SO ORDERED.

                                                      s/ Gary A. Fenner_____
                                                     United States District Judge

DATED: August 30, 2011